UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIN LONG QUN,<br><br>　　　　　Petitioner,<br><br>　　　v.<br><br>MARIA E. ARVIZA, Warden of FCI-Mendota,<br><br>　　　　　Respondent. | Case No.: 1:21-cv-01677 JLT SKO (HC)<br><br>ORDER DIRECTING CLERK OF COURT TO CHANGE NAME OF RESPONDENT |

Lin Long Qun is proceeding *pro se* with a petition for writ of habeas corpus. Respondent reports Qun is incarcerated in the Federal Correctional Institution- Mendota. (Doc. 9 at 1.) In addition, Respondent notes Maria E. Arviza is the Warden of FCI-Mendota. (*Id.* at 1, n.1.) Based upon the information provided, it appears Maria Arviza is the proper respondent, rather than the United States District Court for Southern District of New York. *See Brittingham v. United States*, 982 F.2d 378, 379 (9th Cir. 1992) ("The proper respondent in a federal habeas corpus petition is the petitioner's 'immediate custodian.'"). Accordingly, the Clerk of Court is **DIRECTED** to change the name of the Respondent to Maria E. Arviza, Warden of FCI-Mendota.

IT IS SO ORDERED.

Dated:   **May 19, 2022**

UNITED STATES DISTRICT JUDGE